IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01044-RPM

UTICA MUTUAL INSURANCE COMPANY, a New York Corporation,

         Plaintiff,

v.

LEE ENGINEERING AND CONSTRUCTION COMPANY, a Georgia Corporation,
SOUTHEAST CONTRACT BOND SERVICES, INC., a Georgia Corporation, and
MARILYN BLOME,

         Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    The Unopposed Motion for an Extension of Time to File a Proposed Scheduling Order [22] is granted. A new deadline will be set at the time the scheduling conference is set.

DATED: September 25, 2008