IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01817-EWN

ADESTA COMMUNICATIONS, INC.

Plaintiff

v.

UTICA MUTUAL INSURANCE COMPANY, a New York Corporation

Defendants

## ORDER GRANTING

## UNOPPOSED MOTION TO VACATE THE SCHEDULING CONFERENCE
(Docket No 9)

It is hereby ORDERED that the Defendant's Unopposed Motion to Vacate the Scheduling Conference, DN 9, is GRANTED and the scheduling conference currently set on October 24, 2008 is VACATED and ~~RESET on~~ will be reset at a later date.  ~~Courtroom A-502, Alfred A. Arraj US Courthouse, 901 19th Street, Denver CO 80294.~~

DATED: October 2, 2005

BY THE COURT:

_____
MICHAEL J. WATANABE
United States District Court Judge