IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01817-RPM

ADESTA COMMUINICATIONS, INC., a Delaware corporation,

        Plaintiff,

v.

UTICA MUTUAL INSURANCE COMPANY, a New York corporation,

        Defendant.
_____

ORDER DENYING ADESTA COMMUNICATIONS' MOTION TO RETRANSFER VENUE
_____

        Upon consideration of the motion of plaintiff Adesta Communications, Inc., in Civil Action No. 08-cv-01817-RPM to retransfer venue to the United States District Court for the District of Colorado, filed March 5, 2009, and the response of defendant Utica Mutual Mutual Insurance Company, filed April 3, 2009, and after review of the order of United States Magistrate Judge F. A. Gossett of the District of Nebraska, the convenience of the parties and the witnesses continues to support venue in this District and it is therefore

        ORDERED that the motion to retransfer venue is denied.

        DATED: April 8th, 2009

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge