IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01817-RPM

ADESTA COMMUINICATIONS, INC., a Delaware corporation,

        Plaintiff,

v.

UTICA MUTUAL INSURANCE COMPANY, a New York corporation,

        Defendant.
_____

### ORDER FOR STATUS REPORT
_____

During the scheduling conference on December 4, 2008, the Court directed counsel to submit a revised proposed scheduling order after settlement and dismissal of case 08-cv-01044-RPM.  On January 30, 2009, Civil Action 08-cv-01044-RPM was dismissed and on April 8, 2009, the Court entered an Order Denying Adesta Communications' Motion to Retransfer Venue.  Counsel have not submitted a revised proposed scheduling order and it is therefore

ORDERED that counsel shall filed a status report with the Court on or before May 8, 2009.

DATED: April 28th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge