IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01817-RPM

ADESTA COMMUNICATIONS, INC., a Delaware corporation,

    Plaintiff,

v.

UTICA MUTUAL INSURANCE COMPANY, a New York corporation,

    Defendant.

---

**ORDER OF DISMISSAL**

---

    THIS MATTER came before the Court on the Stipulation for Dismissal of the Plaintiff Adesta Communications, Inc., a Delaware corporation, and Defendant Utica Mutual Insurance Company, a New York corporation. The Court, being fully advised in the premises, finds that the Stipulation should be approved and that the above-captioned lawsuit should be dismissed with prejudice in the manner stated in the Stipulation.

    IT IS THEREFORE ORDERED that the Stipulation for Dismissal is approved and the above-captioned lawsuit is dismissed, with prejudice in the manner stated in the Stipulation, each party to pay their own costs and attorney's fees.

    DATED this 20th day of August, 2010.

    BY THE COURT:
    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior Judge